**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **WINE SCOUT INTERNATIONAL,** | C 07-05930 PVT |
| Plaintiff(s), | |
| vs. | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| **PATRICIA CROWELL,** | |
| Defendant(s). | |

_____

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

DATED: January 23, 2008  
RICHARD WIEKING  
Clerk of Court

/s/ Corinne Lew  
_____  
By: Corinne Lew  
Deputy Clerk