**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>408.535.5364 |

**January 23, 2008**

**CASE NUMBER:  CV 07-05930 PVT**
**CASE TITLE:  WINE SCOUT INTERNATIONAL-v-PATRICIA CROWELL**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.  Case assigned to the **Honorable Jeffrey S. White** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JSW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 01/22/08

FOR THE EXECUTIVE COMMITTEE:

_____
*Richard W. Wieking*
Clerk

NEW CASE FILE CLERK:

| | |
|---|---|
| Copies to: Courtroom Deputies<br>Log Book Noted | Special Projects<br>Entered in Computer 01/23/08 tsh |

CASE SYSTEMS ADMINISTRATOR:
| | |
|---|---|
| Copies to:  All Counsel | Transferor CSA |