J. SCOTT GERIEN, State Bar No. 184728
MEGAN FERRIGAN HEALY, State Bar No. 229177
DICKENSON, PEATMAN & FOGARTY
809 Coombs Street
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Plaintiff
WINE SCOUT INTERNATIONAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wine Scout International,<br><br>    Plaintiff,<br><br>vs.<br><br>Patricia Crowell,<br><br>    Defendant. | CASE NO. C07-05930 PVT<br><br>**WAIVER OF SERVICE OF SUMMONS** |

TO: DICKENSON, PEATMAN & FOGARTY, ATTORNEYS FOR WINE SCOUT INTERNATIONAL.

I acknowledge receipt of your request that I waive service of a summons in the action of Wine Scout International vs. Patricia Crowell, which is case number C07-05930 PVT in the United State District Court for the Northern District of California. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

//

//

WAIVER OF SERVICE OF SUMMONS         1

1      I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of
2  the court except for objections based on a defect in the summons or in the service of the
3  summons.
4      I understand that a judgment may be entered against me if an answer or motion under
5  Rule 12 is not served upon you within 60 days after December 3, 2007, or within 90 days after
6  that date if the request was sent outside the United States.

8  Dated: 1-8-08

10  By _____
      Patricia Crowell

WAIVER OF SERVICE OF SUMMONS      2