UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINE SCOUT INTERNATIONAL,<br><br>Plaintiff,<br><br>-versus-<br><br>CROWELL,<br><br>Defendants | Case No. C 07-05930 JSW<br><br>STIPULATION AND (PROPOSED) ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT TO FEBRUARY 15, 2008 |

Plaintiff Wine Scout International, through its undersigned counsel, and defendant Patricia L. Crowell hereby stipulate and agree that the time in which defendant Patricia L. Crowell may answer, move or otherwise respond to the Complaint of plaintiff Wine Scout International herein is hereby extended from February 1, 2008 to, through, and including February 15, 2008.

STATEMENT OF GOOD CAUSE

The parties believe that the continuance will allow the parties to engage in initial settlement discussions, which the parties believe will assist in the early resolution of the case.

//
//
//

1

```
 1
 2   Dated: January 28, 2008              DICKENSON, PEATMAN &
                                          FOGARTY
 3
 4
                                          By: _____
 5                                            J. Scott Gerien
                                              Megan Ferrigan Healy
 6
                                          809 Coombs Street
 7                                        Napa, California 94559
                                          Telephone: 707-252-7122
 8                                        Facsimile: 707-255-6876
 9                                        Attorneys for Plaintiff,
                                          Wine Scout International
10
     Dated: New York, New York
11          January 29, 2008
                                          _____
12                                        PATRICIA L. CROWELL
                                              Defendant
13
14   SO ORDERED AS STIPULATED:
15
16   Dated: February ___, 2008
17
                                          _____
18                                        United States District Court Judge
19
20
21
22
23
24
25
26
27
28

                                    2
```

CERTIFICATE OF SERVICE

I hereby certify that, on same date of execution of this Certificate, a copy of the foregoing STIPULATION AND (PROPOSED) ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT TO FEBRUARY 15, 2008 was served by mailing same via first class mail, postage prepaid, to:

J. Scott Gerien, Esq.
Megan Ferrigan Healy, Esq.
DICKENSON, PEATMAN & FOGARTY
809 Coombs Street
Napa, California 94559

Dated: New York, New York
January 29, 2008

_____
Andres N. Madrid

3