UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINE SCOUT INTERNATIONAL, | Case No. C 07-05930 JSW |
| Plaintiff, | |
| -versus- | STIPULATION AND (PROPOSED) ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT TO FEBRUARY 15, 2008 |
| CROWELL, | |
| Defendants | |

Plaintiff Wine Scout International, through its undersigned counsel, and defendant Patricia L. Crowell hereby stipulate and agree that the time in which defendant Patricia L. Crowell may answer, move or otherwise respond to the Complaint of plaintiff Wine Scout International herein is hereby extended from February 1, 2008 to, through, and including February 15, 2008.

## STATEMENT OF GOOD CAUSE

The parties believe that the continuance will allow the parties to engage in initial settlement discussions, which the parties believe will assist in the early resolution of the case.

//

//

//

1

1

2   Dated: ~~February~~ January 28, 2008

3

4

5

6

7

8

9

10

11   Dated: New York, New York
     ~~February~~ January 29, 2008

12

13

14   SO ORDERED AS STIPULATED:

15

16   Dated: February 5, 2008

17

18

19

20

21

22

23

24

25

26

27

28

DICKENSON, PEATMAN &
FOGARTY

By:
J. Scott Gerien
Megan Ferrigan Healy

809 Coombs Street
Napa, California 94559
Telephone: 707-252-7122
Facsimile: 707-255-6876

Attorneys for Plaintiff,
Wine Scout International

PATRICIA L. CROWELL
Defendant

United States District Court Judge

2