IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINE SCOUT INTERNATIONAL,<br><br>    Plaintiff,<br><br>  v.<br><br>PATRICIA CROWELL,<br><br>    Defendant.<br>_____ / | No. C 07-05930 JSW<br><br>**ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION TO ENLARGE TIME** |

The Court has reviewed and considered the parties' submissions with respect to defendant Patricia Crowell's motion to enlarge time to respond to plaintiff Wine Scout International's complaint. Crowell argues that she will be prejudiced if the time to respond to the complaint is not enlarged because she would lose an opportunity to file a motion to dismiss based on anticipated conduct by the United States Patent & Trademark Office ("PTO"). The Court finds her argument unpersuasive. If the PTO approves the deletion of International Class No. 35, Crowell will be able to address the affect of such action on the above-captioned matter through a motion for judgment on the pleadings or a motion for summary judgment. The Court HEREBY DENIES Crowell's motion.

///

///

///

///

1  The Court admonishes the parties that if either believes that litigation in this matter
2  should be postponed until after the PTO resolves the matter pending before it, the proper
3  method to seek such relief would be to file a properly noticed motion to stay this case.
4  **IT IS SO ORDERED.**

6  Dated: February 28, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE