| | |
|---|---|
| 1 | STEPHEN N. HOLLMAN, ESQ., STATE BAR NO. 055219 |
|   | Business & Technology Law Group |
| 2 | 160 W. Santa Clara Street, Suite 1050 |
|   | San Jose, CA 95113 |
| 3 | Telephone (408) 282-1949 |
|   | Facsimile (408) 275-9930 |
| 4 | |
|   | Attorneys for Counterclaimant and Third Party Plaintiff, |
| 5 | PATRICIA CROWELL |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WINE SCOUT INTERNATIONAL, | ) | CASE NO. C 07 05930 JSW |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | **FED.R.CIV.P. RULE 7.1 DISCLOSURE** |
| vs. | ) | **STATEMENT AND CIVIL LOCAL** |
|  | ) | **RULE 3-16 CERTIFICATION OF** |
| PATRICIA CROWELL, | ) | **INTERESTED ENTITIES OR PERSONS** |
|  | ) |  |
| Defendant. | ) |  |
|  | ) | **[Electronic digital signatures permitted]** |
| PATRICIA CROWELL, an individual | ) |  |
|  | ) |  |
| Counterclaimant, | ) |  |
| vs. | ) |  |
|  | ) |  |
| WINE SCOUT INTERNATIONAL, a | ) |  |
| California corporation, | ) |  |
|  | ) |  |
| Counterdefendant. | ) |  |
|  | ) |  |
| PATRICIA CROWELL, an individual | ) |  |
|  | ) |  |
| Third Party Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| MARK STEVEN POPE, aka Mark S. Pope and | ) |  |
| aka Mark Pope, individually and as he does | ) |  |
| business under the trade name and style of | ) |  |
| Bounty Hunter, Bounty Hunter Rare Wine, | ) |  |
| and/or Bounty Hunter Rare Wine and | ) |  |
| Provisions, | ) |  |
|  | ) |  |
| Third Party Defendant. | ) |  |

Business & Technology Law Group                                    CASE NO. 07 05930 JSW
160 W. Santa Clara Street, Suite 1050                              RULE 7.1 DISCLOSURE STAT. &
San Jose, CA 95113                                                 CIV. L.R. 3-16 CERTIFICATION

Page 1

**FED.R.CIV.P. RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed.R.Civ.P. Rule 7.1, PATRICIA CROWELL (hereinafter referred to as "MS. CROWELL"), and her undersigned counsel of record certify that she is an individual and that there is no parent or publicly held corporation.

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civ.L.R. 3-16, MS. CROWELL and her undersigned counsel of record certify, in addition to the parties to this action, persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities may have (i) a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding; or (ii) a non-financial or any other kind of interest that could be substantially affected by the outcome of the proceeding:

| Interested Parties | Connection |
| --- | --- |
| Sam Miller | Wine Scout* |
| Alan Lewis | Wine Scout* |
| Corrine Deloso | Wine Scout* |
| Clayton Lewis | Wine Scout* |
| Jeff Shepler | Wine Scout* |
| Ilse Chun | Wine Scout* |

\* -- Employed by, under contract with, or affiliated with the third party defendant in this action.

DATED: March 3, 2008         BUSINESS & TECHNOLOGY LAW GROUP

By:   /s/ *Stephen N. Hollman*
Stephen N. Hollman,
Attorneys for Counterclaimant and
Third Party Plaintiff,
PATRICIA CROWELL

Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA 95113

CASE NO. 07 05930 JSW
RULE 7.1 DISCLOSURE STAT. &
CIV. L.R. 3-16 CERTIFICATION

Page 2