# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

PATRICIA CROWELL, an individual

    Third Party Plaintiff

          V.

MARK STEVEN POPE, aka Mark S. Pope and aka Mark Pope, individually and as he does business under the trade name and style of Bounty Hunter, Bounty Hunter Rare Wine, and/or Bounty Hunter Rare Wine and Provisions, Third Party Defendant

THIRD PARTY **SUMMONS IN A CIVIL CASE**

CASE NUMBER:
C 07 05930 JSW

TO: (Name and address of defendant)

MARK STEVEN POPE
975 First Street
Napa, CA 94559

**YOU ARE HEREBY SUMMONED** and required to serve upon THIRD PARTY PLAINTIFF'S ATTORNEY (name and address)

Stephen N. Hollman, Esq.
Business & Technology Law Group
160 W. Santa Clara St., Suite 1050
San Jose, CA 95113

an answer to the /third party complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

*[signature]*
HILARY JACKSON
(BY) DEPUTY CLERK

DATE 3-10-08

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
         Date                                Signature of Server

                                        _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure