1  STEPHEN N. HOLLMAN, ESQ., STATE BAR NO. 055219
   Business & Technology Law Group
2  160 W. Santa Clara Street, Suite 1050
   San Jose, CA 95113
3  Telephone (408) 282-1949
   Facsimile (408) 275-9930
4
   Attorneys for Defendant, Counterclaimant, and Third Party Plaintiff,
5  PATRICIA CROWELL

6
                    UNITED STATES DISTRICT COURT
7
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9  WINE SCOUT INTERNATIONAL,            )   CASE NO. C 07 05930 JSW
                                        )
10         Plaintiff,                   )
                                        )   **NOTICE OF NEED FOR ADR**
11  vs.                                 )   **PHONE CONFERENCE [ADR L.R. 3-5]**
                                        )
12  PATRICIA CROWELL,                   )
                                        )   **[Electronic digital signatures permitted]**
13         Defendant.                   )
                                        )
14  ─────────────────────────────       )
                                        )
    PATRICIA CROWELL, an individual     )
15                                      )
           Counterclaimant,             )
16  vs.                                 )
                                        )
17  WINE SCOUT INTERNATIONAL, a         )
    California corporation,             )
18                                      )
           Counterdefendant.            )
19                                      )
    ─────────────────────────────       )
20                                      )
    PATRICIA CROWELL, an individual     )
                                        )
21         Third Party Plaintiff,       )
                                        )
22  vs.                                 )
                                        )
23  MARK STEVEN POPE, aka Mark S. Pope and )
    aka Mark Pope, individually and as he does )
24  business under the trade name and style of )
    Bounty Hunter, Bounty Hunter Rare Wine, )
25  and/or Bounty Hunter Rare Wine and  )
    Provisions,                         )
26                                      )
           Third Party Defendant.       )
27                                      )
    ─────────────────────────────       )
28

1  The parties either:

2  _X_    have not yet reached an agreement to an ADR process despite having conferred, or

3  ___    have tentatively agreed to a settlement conference before a magistrate judge.

4  Accordingly, ADR L.R. 3-5 requires a telephone conference with the ADR Director or Program

5  Counsel before the Case Management Conference.

6  **Last day to file Joint Case Management Statement:**     **April 18, 2008**

7  **Date of Initial Case Management Conference:**     **April 25, 2008**

8  The following counsel will participate in the ADR phone conference:

| *Name* | *Party Representing* | *Phone No.* | *E-mail Address* |
|---|---|---|---|
| J. Scott Gerien, Esq. | Plaintiff, Counterdefendant, and Third Party Defendant | (707) 715-1103 | sgerien@dpf-law.com |
| Stephen N. Hollman, Esq. | Defendant, Counterclaimant, and Third Party Plaintiff | (408) 282-1949 | wsc@ businessandtechnologylawgroup.com |

Prior to the filing of the Counterclaim and Third Party Complaint in this action, counsel for Plaintiff and Defendant had a Telephone Conference on 02/21/08 in which Defendant's counsel stated that the parties will ultimately have to engage in ADR so why not do it now and post-scripted that statement with the fact that ENE would not be acceptable given the complexity of the trademark issues in this action. Plaintiff's counsel tersely responded "***that there would be no ADR***". Subsequent to the filing of the Counterclaim and Third Party Complaint, counsel for Plaintiff (and now Counterdefendant and Third Party Defendant) on less than 24 hours notice sought to impose a 04/04/08 deadline for a meet and confer despite the fact that the Order of Judge White calls for the Joint Case Management Statement not to be filed until 04/18/08. Counsel for Defendant (and now Counterclaimant and Third Party Plaintiff) resisted the demand for the improperly noticed 04/04/08 meet and confer on the basis that the action was not at issue for the Third Party Defendant had not as yet been served due to concerted actions by Plaintiff's counsel. In reply, Plaintiff's counsel through an E-Mail dated 04/04/08 stated in relevant part "The fact that my client ***is not interested in early ADR*** does not mean it is not submitting to the mandatory process and it will opt for ENE [the only and very ADR process to which Defendant's

Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA 95113-1733

Page 2

CASE NO. 07-05930
NOTICE OF NEED FOR
ADR PHONE CONFERENCE

counsel objected in the 02/21/08 meet and confer]." (Emphasis added.)  Plaintiff's counsel then sent an E-Mail regarding ADR in which he stated "[s]ince I have not received a response from you [on 04/04/08] I will proceed to contact the ADR division to let them know that you will not meet and confer and have neither given me a response to my proposal on ENE nor indicated you want a telephone conference, the two options for submissions due by today."  In light of this thread of communications, counsel for the parties have not been able to reach an agreement on an ADR process and are unlikely to be able to do so.

Accordingly, ADR L.R. 3-5 requires a telephone conference with the ADR Director or Program Counsel before the Case Management Conference calendared for April 25, 2008.

For purposes of the certification below, Plaintiff did not serve a copy of the handbook entitled "Dispute Resolution Procedures in the Northern District of California".  However, Defendant's counsel has both discussed the ADR alternatives with Defendant and made that handbook available to her for the purposes of such certification.

*The ADR Unit will notify you by e-mail indicating the date and time of your phone conference.  Plaintiffs' counsel shall initiate the call using the following number: (415) 522-4603.  Please consult ADR L.R. 3-5(d).*

**SIGNATURE AND CERTIFICATION BY DEFENDANT and COUNTERCLAIMANT, AND THIRD PARTY PLAINTIFF, PATRICIA CROWELL, AND HER COUNSEL:**

**Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site , discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.**

DATED:  April 7, 2008

By:     /s/ *Patricia Crowell*
         Patricia Crowell

//

//

Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA 95113-1733

CASE NO. 07-05930
NOTICE OF NEED FOR
ADR PHONE CONFERENCE

Page 3

| | | |
|---|---|---|
| 1 | DATED: April 7, 2008 | BUSINESS & TECHNOLOGY LAW GROUP |
| 2 | | |
| 3 | | By:   /s/ *Stephen N. Hollman* |
| | | Stephen N. Hollman, |
| 4 | | Attorneys for Defendant, Counterclaimant, and |
| 5 | | Third Party Plaintiff PATRICIA CROWELL |

Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA 95113-1733

CASE NO. 07-05930
NOTICE OF NEED FOR
ADR PHONE CONFERENCE

Page 4