1  J. SCOTT GERIEN, State Bar No. 184728
   MEGAN FERRIGAN HEALY, State Bar No. 229177
2  DICKENSON, PEATMAN & FOGARTY
   809 Coombs Street
3  Napa, California 94559
   Telephone: (707) 252-7122
4  Facsimile: (707) 255-6876

5  Attorneys for Plaintiff
   WINE SCOUT INTERNATIONAL

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  Wine Scout International,<br>12      Plaintiff,<br>    vs.<br>13  Patricia Crowell,<br>14      Defendant. | CASE NO. C07 05930 JW<br><br>**PLAINTIFF AND COUNTERDEFENDANT WINE SCOUT INTERNATIONAL'S STATEMENT OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 3-16** |
| 15 | |
| 16  Patricia Crowell, an individual<br>17      Counterclaimant<br>    vs.<br>18  Wine Scout International, a California<br>19  corporation,<br>    Counterdefendant.<br>20 | |
| 21  Patricia Crowell, an individual<br>22      Third Party Plaintiff,<br>23      vs.<br>24  Mark Steven Pope, aka Mark S. Pope and aka Mark Pope, individually an as he does business under the trade name and style of<br>25  Bounty Hunter, Bounty Hunter Rare Wine, and/or Bounty Hunter Rare Wine and<br>26  Provisions,<br>    Third Party Defendant. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than Wine Scout International and Patricia Crowell, there is no other interested party to report.

Dated: April 14, 2008

Respectfully submitted,

DICKENSON, PEATMAN & FOGARTY

By _____
J. Scott Gerien
Megan Ferrigan Healy

809 Coombs Street
Napa, California 94559
Telephone: 707-252-7122
Facsimile: 707-255-6876

Attorneys for Plaintiff,
Wine Scout International