# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**             **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: April 25, 2008                **Court Reporter**: Sylvia Russo

**CASE NO. C-07-5930 JSW**

**TITLE:** Wine Scout International v. Patricia Crowell

**COUNSEL FOR PLAINTIFF:**              **COUNSEL FOR DEFENDANT:**

J. Scott Gerian                         Stephen Hollman

**PROCEEDINGS:** Initial Case Management Conference

**RESULTS:** Counsel shall confer with clients and submit a consent / declination for reassignment to a Magistrate Judge for All Purposes by 5-2-08.

**ADR: The parties are ordered to participate in the hydrid ENE/Mediation process to be completed 7-24-08. Counsel shall participate in good faith.**

**Close of fact discovery: 10-15-08**

**Close of Expert discovery: 1-15-09**

**Hearing on dispositive motions (if any): 3-27-09 at 9:00 a.m.**

**Pretrial Conference: 6-8-09 at 2:00 p.m.**

**Jury Trial: 6-29-09 at 8:30 a.m. (3 - 5 days)**

**Further CMC: 8-29-08 at 1:30 p.m.**
**Joint Supplemental CMC statement due: 8-22-08**

**cc:** ADR