# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

PATRICIA CROWELL, an individual

    Third Party Plaintiff

          V.

MARK STEVEN POPE, aka Mark S. Pope and aka Mark Pope, individually and as he does business under the trade name and style of Bounty Hunter, Bounty Hunter Rare Wine, and/or Bounty Hunter Rare Wine and Provisions, Third Party Defendant

THIRD PARTY **SUMMONS IN A CIVIL CASE**

CASE NUMBER:
C 07 05930 JSW

TO: (Name and address of defendant)

MARK STEVEN POPE
975 First Street
Napa, CA 94559

**YOU ARE HEREBY SUMMONED** and required to serve upon THIRD PARTY PLAINTIFF'S ATTORNEY (name and address)

Stephen N. Hollman, Esq.
Business & Technology Law Group
160 W. Santa Clara St., Suite 1050
San Jose, CA 95113

an answer to the /third party complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 3-10-08

(Signature) HILARY JACKSON
(BY) DEPUTY CLERK

| Attorney or Party without Attorney: <br> BUSINESS & TECHNOLOGY LAW GROUP <br> 160 W. SANTA CLARA ST., SUITE 1050 <br> SAN JOSE, CA 95113 <br> Telephone No: (408) 282-1949    FAX No: (408) 275-9930 <br> Ref. No. or File No.: <br> Attorney for: Plaintiff | For Court Use Only |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT, NORTHERN CALIFORNIA

*Plaintiff:* WINE SCOUT INTERNATIONAL
*Defendant:* PATRICIA CROWELL, et al., and related counterclaims

| **PROOF OF SERVICE** <br> **THIRD-PARTY SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C 07 05930 JSW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the THIRD-PARTY SUMMONS; FIRST AMENDED COUNTERCLAIM AND THIRD PARTY COMPLAINT; ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT STATEMENT; F.R.C.P. RULE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-16 CERTIFICATION; LITIGATION HOLD LETTER; A.D.R. PACKET

3. a. Party served: MARK STEVEN POPE, aka Mark S. Pope and aka Mark Pope, individually and as he does business under the trade name and style of Bounty Hunter, etc.

4. Address where the party was served: BOUNTY HUNTER
   975 FIRST STREET
   NAPA, CA 94559

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Sun., Apr. 13, 2008 (2) at: 11:50AM

7. **Person Who Served Papers:**
   a. SHANNON L. ROUSE
   b. **ATTORNEYS' SERVICES OF CALIFORNIA**
      1426 4TH STREET, Registration # S-2801
      NAPA, CA 94559
   c. (707) 226-5914, FAX (707) 226-9374

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee* for Service was: $85.00
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.: S-2804
      (iii) County: Napa
      (iv) Expiration Date: Mon, Mar. 16, 2009

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Tue, Apr. 15, 2008

(SHANNON L. ROUSE)

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
THIRD-PARTY SUMMONS

b&t.35346