1  J. SCOTT GERIEN, SBN 184728
   MEGAN HEALY, SBN 229177
2  DICKENSON, PEATMAN & FOGARTY
   809 Coombs Street, Napa, CA 94559
3  Tel: (707) 252-7122  Fax: (707) 255-6876

4  Attorneys for Plaintiff and Counterdefendant
   WINE SCOUT INTERNATIONAL, and
5  Third-Party Defendant MARK POPE

6

7  STEPHEN N. HOLLMAN, SBN 55219
   BUSINESS & TECHNOLOGY LAW GROUP
   160 W. Santa Clara St., Ste. 1050, San Jose, CA 95113
8  Tel: (408) 282-1949  Fax: (408) 275-9930

9  Attorneys for Defendant, Counterclaimant and Third-Party
   Plaintiff PATRICIA CROWELL
10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

14  Wine Scout International,            CASE NO. C07 05930 JSW
              Plaintiff,
15                                       **DECLINATION TO REASSIGNMENT OF
        vs.                              CASE TO A MAGISTRATE JUDGE**
16  Patricia Crowell,
              Defendant.
17

18  Patricia Crowell, an individual
19            Counterclaimant
20      vs.
21  Wine Scout International, a California
    corporation,
22            Counterdefendant.

23  Patricia Crowell, an individual
              Third Party Plaintiff,
24      vs.
25  Mark Steven Pope, aka Mark S. Pope and aka
    Mark Pope, individually an as he does business
26  under the trade name and style of Bounty
    Hunter, Bounty Hunter Rare Wine, and/or
27  Bounty Hunter Rare Wine and Provisions,
              Third Party Defendant.

DECLINATION OF REASSIGNMENT OF CASE       1        Case No. C07-05930 JSW
TO A MAGISTRATE JUDGE

1   Pursuant to the request of the Court on April 25, 2008 that the parties consider the reassignment of this case to a United States Magistrate Judge for trial and disposition, the parties have been unable to come to unanimity with respect to such a reassignment of this case..

In the absence of unanimity among the parties on this request of the Court, the parties hereby decline to consent to the reassignment of this case to a United States Magistrate Judge for trial and disposition.

Respectfully submitted,

Dated:  May 2, 2008     DICKENSON, PEATMAN & FOGARTY

By ____/s/ J. Scott Gerien____
J. Scott Gerien
Megan Ferrigan Healy

809 Coombs Street
Napa, California  94559
Telephone: 707-252-7122
Facsimile: 707-255-6876

Attorneys for Plaintiff and Counterdefendant
WINE SCOUT INTERNATIONAL, and
Third-Party Defendant MARK POPE

Dated:  May 2, 2008     BUSINESS & TECHNOLOGY LAW GROUP

By ____/s/ Stephen N. Hollman____
Stephen N. Hollman

160 W. Santa Clara St., Ste. 1050
San Jose, California 95113
Telephone: (408) 282-1949
Facsimile: (408) 275-9930

Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff PATRICIA CROWELL