# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Wine Scout International,<br><br>            Plaintiff(s),<br><br>     v.<br><br>Crowell,<br><br>            Defendant(s). | 07-05930 JSW ENE/MED<br><br>**Notice of Appointment of Evaluator/Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator/Mediator assigned to this case is:

**Beth H. Parker**
Bingham McCutchen LLP
3 Embarcadero Center, 24th FL.
San Francisco, CA 94111
415-393-2556

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program.  The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE.  The court permits the evaluator/mediator to charge each party its pro rata share of the cost of the phone conference.

---

**Notice of Appointment of Evaluator/Mediator**
07-05930 JSW ENE/MED                    - 1 -

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

4  Dated: May 8, 2008

RICHARD W. WIEKING
Clerk
by:     Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator/Mediator**
07-05930 JSW ENE/MED                        - 2 -