| | |
|---|---|
| 1 | STEPHEN N. HOLLMAN, ESQ., STATE BAR NO. 055219 |
| | Business & Technology Law Group |
| 2 | 160 W. Santa Clara Street, Suite 1050 |
| | San Jose, CA 95113 |
| 3 | Telephone (408) 282-1949 |
| | Facsimile (408) 275-9930 |
| 4 | |
| 5 | Attorneys for Defendant, Counterclaimant, and Third Party Plaintiff, PATRICIA CROWELL |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WINE SCOUT INTERNATIONAL, | ) | CASE NO. C 07 05930 JSW |
| Plaintiff, | ) | |
| vs. | ) | **REQUEST FOR LEAVE OF COURT TO RESPOND TO PLAINTIFF'S SEEKING OF COURT CLARIFICATION CONCERNING AMENDED NOTICE OF UNAVAILABILITY OF COUNSEL FOR DEFENDANT, COUNTERCLAIMANT, AND THIRD PARTY PLAINTIFF, PATRICIA CROWELL** |
| PATRICIA CROWELL, | ) | |
| Defendant. | ) | |
| PATRICIA CROWELL, an individual | ) | |
| Counterclaimant, | ) | |
| vs. | ) | **[Electronic digital signatures permitted]** |
| WINE SCOUT INTERNATIONAL, a California corporation, | ) | |
| Counterdefendant. | ) | |
| PATRICIA CROWELL, an individual | ) | |
| Third Party Plaintiff, | ) | |
| vs. | ) | |
| MARK STEVEN POPE, aka Mark S. Pope and aka Mark Pope, individually and as he does business under the trade name and style of Bounty Hunter, Bounty Hunter Rare Wine, and/or Bounty Hunter Rare Wine and Provisions, | ) | |
| Third Party Defendant. | ) | |

Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA 95113

CASE NO. 07 05930 JSW
AMD. NOT. OF UNAVAILABILITY
FOR COUNSEL FOR DEFT,
C-CLMNT & 3RD PARTY PLTFF.

Page 1

1  Defendant, Counterclaimant, and Third Party Plaintiff, PATRICIA CROWELL,
2 respectfully requests of the Court leave until Monday, May 12, 2008, to file a response to the
3 untimely and unwarranted filing by Plaintiff and Counterdefendant, WINE SCOUT
4 INTERNATIONAL, and third party defendant, MARK STEVEN POPE, for a Request for Court
5 Clarification of Amended Notice of Unavailability of Counsel for Defendant, Counter-Claimant,
6 and Third Party Plaintiff, PATRICIA CROWELL.

7  The reasons for this request for leave of Court to file a response are that (i) the filing by
8 Plaintiff, Counterdefendant, and Third Party Defendant is a gross impropriety and unnecessary
9 and unwarranted burden on the Court; (ii) the Request for Court Clarification was made in the
10 absence of any required meet and confer; and (iii) that counsel for Defendant, Counterclaimant,
11 and Third Party Plaintiff is not in a physical location where E-Mail will be readily available on a
12 secure and continuous basis until Monday, May 12, 2008.

13 //

14 DATED: May 9, 2008                    BUSINESS & TECHNOLOGY LAW GROUP

15
16                                        By:     /s/ *Stephen N. Hollman*
                                                Stephen N. Hollman,
17                                              Attorneys for Defendant,
                                                Counterclaimant and
                                                Third Party Plaintiff,
18                                              PATRICIA CROWELL