IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINE SCOUT INTERNATIONAL,<br><br>    Plaintiff,<br><br>  v.<br><br>PATRICIA CROWELL,<br><br>    Defendant.<br>_____/ | No. C 07-05930 JSW<br><br>**ORDER RE DISCOVERY DISPUTE AND REQUEST FOR CLARIFICATION** |

On May 8, 2008, plaintiff and counter-defendant Wine Scout International ("Wine Scout") and third-party defendant Mark Pope ("Pope") filed a document entitled "Request for Court Clarification Concerning Amended Notice of Unavailability of Counsel." The request presents a discovery dispute in violation of the Court's procedures for resolving discovery disputes. *See* Standing Order ¶ 7. The Court will not sanction the parties at this time, but the parties are hereby admonished that future violations will be sanctioned.

At the Case Management Conference, although the Court noted that Notices of Unavailability are not recognized in federal court, the Court admonished the parties to be civil and accommodate one another's schedules. The Court HEREBY ORDERS that the parties shall meet and confer in person on May 22, 2008 and submit a stipulated discovery plan to the Court

///

///

///

by May 23, 2008. Discovery will be open after the parties file the stipulated discovery plan. Any discovery propounded before May 23, 2008 is VACATED.

**IT IS SO ORDERED.**

Dated: May 13, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE