J. SCOTT GERIEN, State Bar No. 184728
MEGAN FERRIGAN HEALY, State Bar No. 229177
DICKENSON, PEATMAN & FOGARTY
809 Coombs Street
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876
Attorneys for Plaintiff, Counterdefendant, and Third Party Defendant
WINE SCOUT INTERNATIONAL

STEPHEN N. HOLLMAN, State Bar No. 55219
Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA  95113
Telephone: (408) 282-1949
Facsimile: (408) 275-9930
Attorneys for Defendant, Counterclaimant, and Third Party Plaintiff
PATRICIA CROWELL

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wine Scout International,<br><br>          Plaintiff,<br><br>vs.<br><br>Patricia Crowell,<br><br>          Defendant. | CASE NO. C 07 05930 JSW<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR COMPLETING ALTERNATIVE DISPUTE RESOLUTION; [PROPOSED] ORDER** |

Patricia Crowell, an individual

          Counterclaimaint,

vs.

Wine Scout International, a California corporation,

          Counterdefendant.

Patricia Crowell, an individual

          Third Party Plaintiff,

vs.

Mark Steven Pope, aka Mark S. Pope and aka Mark Pope, individually and as he does business under the trade name and style of Bounty Hunter, Bounty Hunter Rare Wine, and/or Bounty Hunter Rare Wine and Provisions,

          Third Party Defendant.

1    IT IS HEREBY STIPULATED AND AGREED by and among the parties, acting

2 through their undersigned counsel, that they hereby request that Court to extend the deadline

3 for the parties' completion of the hybrid ENE/Mediation process, as set forth in the Court's

4 April 25, 2008 Minute Order, from July 24, 2008 to August 8, 2008.

5    The foregoing Stipulation and request to the Court is based upon the parties' need for

6 additional time to complete the hybrid ENE/Mediation process so that they may both conduct

7 and complete the limited discovery agreed to by the parties in the Joint Stipulation Regarding

8 Fed.R.Civ.P. 26(f) Discovery Plan filed with the Court on May 23, 2008 and party and/or

9 counsel unavailability during the latter part of June and the first few weeks of July, 2008.

10    The parties have conferred with the neutral assigned to conduct the hybrid

11 ENE/Mediation process, and she has indicated that she is amenable to this extension so that

12 the hybrid ENE/Mediation process would occur on July 29, 2008, and the period thereafter

13 would be available to the neutral for post-ADR process communications with the parties if

14 needed.

15    The requested extension for the completion date of the hybrid ENE/Mediation

16 process will not affect any other of the dates set forth in the Court's Minute Order dated

17 April 25, 2008.

18    Accordingly the parties respectfully request that the Court grant an extension for

19 completion of the hybrid ENE/Mediation process from July 24, 2008 to August 8, 2008.

20 //

21 //

22 //

23 //

24 //

25 //

26 //

//

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Respectfully submitted,

Date: ___6/2/08_____        DICKENSON, PEATMAN & FOGARTY

By _____/s/ *J. Scott Gerien*_____
J. Scott Gerien
Megan Ferrigan Healy

809 Coombs Street
Napa, California  94559
Telephone: 707-252-7122
Facsimile: 707-255-6876

Attorneys for Plaintiff, Counterdefendant, and
Third Party Defendant

Date: ___6/2/08_____        BUSINESS & TECHNOLOGY LAW GROUP

By _____/s/ *Stephen N. Hollman*_____
Stephen N. Hollman

160 W. Santa Clara Street, Suite 1050
San Jose, CA  95113
Telephone: 408-282-1949
Facsimile: 408-275-9930

Attorneys for Defendant, Counterclaimant, and
Third Party Plaintiff

1

**[PROPOSED] ORDER**

2

After consideration of the foregoing Stipulation, IT IS HEREBY ORDERED that the

3

hybrid ENE/Mediation process is to be completed by August 8, 2008.

4

5

Dated: _____          _____

6

Honorable Jeffrey S. White
United State District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26