| | |
|---|---|
| J. SCOTT GERIEN, State Bar No. 184728<br>MEGAN FERRIGAN HEALY, State Bar No. 229177<br>DICKENSON, PEATMAN & FOGARTY<br>809 Coombs Street<br>Napa, California 94559<br>Telephone: (707) 252-7122<br>Facsimile: (707) 255-6876<br>Attorneys for Plaintiff, Counterdefendant, and Third Party Defendant<br>WINE SCOUT INTERNATIONAL | STEPHEN N. HOLLMAN, State Bar No. 55219<br>Business & Technology Law Group<br>160 W. Santa Clara Street, Suite 1050<br>San Jose, CA  95113<br>Telephone: (408) 282-1949<br>Facsimile: (408) 275-9930<br>Attorneys for Defendant, Counterclaimant, and Third Party Plaintiff<br>PATRICIA CROWELL |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wine Scout International,<br>        Plaintiff,<br>  vs.<br>Patricia Crowell,<br>        Defendant.<br><br>Patricia Crowell, an individual<br>        Counterclaimaint,<br>  vs.<br>Wine Scout International, a California corporation,<br>        Counterdefendant.<br><br>Patricia Crowell, an individual<br>        Third Party Plaintiff,<br>  vs.<br>Mark Steven Pope, aka Mark S. Pope and aka Mark Pope, individually and as he does business under the trade name and style of Bounty Hunter, Bounty Hunter Rare Wine, and/or Bounty Hunter Rare Wine and Provisions,<br>        Third Party Defendant. | CASE NO. C 07 05930 JSW<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR COMPLETING ALTERNATIVE DISPUTE RESOLUTION; [~~PROPOSED~~] ORDER** |

1    IT IS HEREBY STIPULATED AND AGREED by and among the parties, acting
2 through their undersigned counsel, that they hereby request that Court to extend the deadline
3 for the parties' completion of the hybrid ENE/Mediation process, as set forth in the Court's
4 April 25, 2008 Minute Order, from July 24, 2008 to August 8, 2008.

5    The foregoing Stipulation and request to the Court is based upon the parties' need for
6 additional time to complete the hybrid ENE/Mediation process so that they may both conduct
7 and complete the limited discovery agreed to by the parties in the Joint Stipulation Regarding
8 Fed.R.Civ.P. 26(f) Discovery Plan filed with the Court on May 23, 2008 and party and/or
9 counsel unavailability during the latter part of June and the first few weeks of July, 2008.

10    The parties have conferred with the neutral assigned to conduct the hybrid
11 ENE/Mediation process, and she has indicated that she is amenable to this extension so that
12 the hybrid ENE/Mediation process would occur on July 29, 2008, and the period thereafter
13 would be available to the neutral for post-ADR process communications with the parties if
14 needed.

15    The requested extension for the completion date of the hybrid ENE/Mediation
16 process will not affect any other of the dates set forth in the Court's Minute Order dated
17 April 25, 2008.

18    Accordingly the parties respectfully request that the Court grant an extension for
19 completion of the hybrid ENE/Mediation process from July 24, 2008 to August 8, 2008.

20 //
21 //
22 //
23 //
24 //
25 //
26 //
//

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Date: ___6/2/08_____ | DICKENSON, PEATMAN & FOGARTY |
| 3 | | By _____/s/ *J. Scott Gerien*_____ |
| 4 | | J. Scott Gerien<br>Megan Ferrigan Healy |
| 5 | | 809 Coombs Street<br>Napa, California 94559 |
| 6 | | Telephone: 707-252-7122<br>Facsimile: 707-255-6876 |
| 7 | | |
| 8 | | Attorneys for Plaintiff, Counterdefendant, and<br>Third Party Defendant |
| 9 | | |
| 10 | Date: ___6/2/08_____ | BUSINESS & TECHNOLOGY LAW GROUP |
| 11 | | By _____/s/ *Stephen N. Hollman*_____<br>Stephen N. Hollman |
| 12 | | 160 W. Santa Clara Street, Suite 1050 |
| 13 | | San Jose, CA 95113<br>Telephone: 408-282-1949 |
| 14 | | Facsimile: 408-275-9930 |
| 15 | | Attorneys for Defendant, Counterclaimant, and<br>Third Party Plaintiff |

Case 3:07-cv-05930-JSW    Document 37    Filed 06/02/2008    Page 3 of 4

JOINT STIPULATION TO EXTEND DEADLINE FOR    3    CASE NO. C 07 05930 JSW
COMPLETING ALTERNATIVE DISPUTE
RESOLUTION; [PROPOSED] ORDER

## [~~PROPOSED~~] ORDER

After consideration of the foregoing Stipulation, IT IS HEREBY ORDERED that the hybrid ENE/Mediation process is to be completed by August 8, 2008.

Dated: __June 3, 2008_____          _____*Jeffrey S. White*_____
          Honorable Jeffrey S. White
          United States District Court Judge

Case 3:07-cv-05930-JSW   Document 37   Filed 06/03/2008   Page 4 of 4

JOINT STIPULATION TO EXTEND DEADLINE FOR COMPLETING ALTERNATIVE DISPUTE RESOLUTION; [~~PROPOSED~~] ORDER       4       CASE NO. C 07 05930 JSW