1  STEPHEN N. HOLLMAN, ESQ., STATE BAR NO. 055219
   Business & Technology Law Group
2  160 W. Santa Clara Street, Suite 1050
   San Jose, CA 95113
3  Telephone (408) 282-1949
   Facsimile (408) 275-9930
4
   Attorneys for Defendant,
5  Counterclaimant, and Third Party Plaintiff,
   PATRICIA CROWELL
6

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINE SCOUT INTERNATIONAL,            )<br>                                       )<br>     Plaintiff,                        )<br>                                       )<br>vs.                                    )<br>                                       )<br>PATRICIA CROWELL,                      )<br>                                       )<br>     Defendant.                        )<br>_____)<br>                                       )<br>PATRICIA CROWELL, an individual        )<br>                                       )<br>     Counterclaimant,                  )<br>vs.                                    )<br>                                       )<br>WINE SCOUT INTERNATIONAL, a            )<br>California corporation,                )<br>                                       )<br>     Counterdefendant.                 )<br>_____)<br>                                       )<br>PATRICIA CROWELL, an individual        )<br>                                       )<br>     Third Party Plaintiff,            )<br>                                       )<br>vs.                                    )<br>                                       )<br>MARK STEVEN POPE, aka Mark S. Pope and )<br>aka Mark Pope, individually and as he does )<br>business under the trade name and style of )<br>Bounty Hunter, Bounty Hunter Rare Wine, )<br>and/or Bounty Hunter Rare Wine and     )<br>Provisions,                            )<br>                                       )<br>     Third Party Defendant.            )<br>_____)| CASE NO. C 07 05930 JSW<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL FOR DEFENDANT, COUNTERCLAIMANT, AND THIRD PARTY PLAINTIFF, PATRICIA CROWELL**<br><br>[Electronic digital signatures permitted] |

Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA 95113

CASE NO. 07 05930 JSW
NOTICE OF UNAVAILABILITY
FOR COUNSEL FOR DEFT,
C-CLMNT & 3RD PARTY PLTFF.

Page 1

TO: PLAINTIFF AND COUNTERDEFENDANT, WINE SCOUT INTERNATIONAL, THIRD PARTY DEFENDANT, MARK STEVEN POPE, AND TO RESPECTIVE THEIR COUNSEL OF RECORD.

NOTICE IS HEREBY GIVEN that, commencing as of twelve noon (PDT) on July 11, 2008 and continuing through July 20, 2008, STEPHEN N. HOLLMAN of BUSINESS & TECHNOLOGY LAW GROUP, counsel for defendant, counterclaimant, and third party plaintiff, PATRICIA CROWELL, will be away from and unavailable to be reached by his office for all purposes, including, but not limited to, the receipt of correspondence, demands, pre-trial discovery, or notices of any kind, appearing in Court, responding to *ex parte* applications, participating in telephone conferences, and/or attending depositions.

Notice is hereby given of the ruling in *Tenderloin Housing Clinic v. Sparks*, 8 Cal.App.4th 299 (1993), regarding the timing of any correspondence, demands, pre-trial discovery, or notices of any kind, required appearances in Court, responding to *ex parte* applications, participating in telephone conferences, and/or attending depositions will be oppressive and constitute harassment if any of such matters neglects or ignores knowledge of the unavailability counsel to whom it is directed, and regarding the availability of sanctions for scheduling any conflicting matter during such period of unavailability of counsel.

On April 25, 2008 in an open Court proceeding, the Court's comment to a Notice of Unavailability of Counsel of this type was that the Court did expect that such a Notice of Availability would be received and treated by opposing counsel with professional courtesy and collegiality.

DATED: July 8, 2008                              BUSINESS & TECHNOLOGY LAW GROUP

By:    /s/ *Stephen N. Hollman*
       Stephen N. Hollman,
       Attorneys for Defendant,
       Counterclaimant and
       Third Party Plaintiff,
       PATRICIA CROWELL

Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA 95113

CASE NO. 07 05930 JSW
NOTICE OF UNAVAILABILITY
FOR COUNSEL FOR DEFT,
C-CLMNT & 3RD PARTY PLTFF.

Page 2