1  STEPHEN N. HOLLMAN, ESQ., STATE BAR NO. 055219
   Business & Technology Law Group
2  160 W. Santa Clara Street, Suite 1050
   San Jose, CA 95113
3  Telephone (408) 282-1949
   Facsimile (408) 275-9930
4
   Attorneys for Defendant,
5  Counterclaimant, and Third Party Plaintiff,
   PATRICIA CROWELL
6
                    UNITED STATES DISTRICT COURT
7
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

| | |
|---|---|
| WINE SCOUT INTERNATIONAL,<br><br>    Plaintiff,<br><br>vs.<br><br>PATRICIA CROWELL,<br><br>    Defendant. | CASE NO. C 07 05930 JSW<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL FOR DEFENDANT, COUNTERCLAIMANT, AND THIRD PARTY PLAINTIFF, PATRICIA CROWELL**<br><br>[Electronic digital signatures permitted] |
| PATRICIA CROWELL, an individual<br><br>    Counterclaimant,<br><br>vs.<br><br>WINE SCOUT INTERNATIONAL, a California corporation,<br><br>    Counterdefendant. | |
| PATRICIA CROWELL, an individual<br><br>    Third Party Plaintiff,<br><br>vs.<br><br>MARK STEVEN POPE, aka Mark S. Pope and aka Mark Pope, individually and as he does business under the trade name and style of Bounty Hunter, Bounty Hunter Rare Wine, and/or Bounty Hunter Rare Wine and Provisions,<br><br>    Third Party Defendant. | |

Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA 95113

CASE NO. 07 05930 JSW
NOTICE OF UNAVAILABILITY
FOR COUNSEL FOR DEFT,
C-CLMNT & 3RD PARTY PLTFF.

Page 1

1  TO: PLAINTIFF AND COUNTERDEFENDANT, WINE SCOUT INTERNATIONAL, THIRD
2  PARTY DEFENDANT, MARK STEVEN POPE, AND TO RESPECTIVE THEIR COUNSEL
3  OF RECORD.

4      NOTICE IS HEREBY GIVEN that, commencing as of 1:00 p.m. (PDT) on Wednesday,
5  August 6, 2008, and continuing through Sunday, August 10, 2008, STEPHEN N. HOLLMAN of
6  BUSINESS & TECHNOLOGY LAW GROUP, counsel for defendant, counterclaimant, and
7  third party plaintiff, PATRICIA CROWELL, will be away from and unavailable to be reached by
8  his office for all purposes, including, but not limited to, the receipt of correspondence, demands,
9  pre-trial discovery, or notices of any kind, appearing in Court, responding to *ex parte*
10 applications, participating in telephone conferences, and/or attending depositions.

11     Notice is hereby given of the ruling in *Tenderloin Housing Clinic v. Sparks*, 8 Cal.App.4th
12 299 (1993), regarding the timing of any correspondence, demands, pre-trial discovery, or notices
13 of any kind, required appearances in Court, responding to *ex parte* applications, participating in
14 telephone conferences, and/or attending depositions will be oppressive and constitute harassment
15 if any of such matters neglects or ignores knowledge of the unavailability counsel to whom it is
16 directed, and regarding the availability of sanctions for scheduling any conflicting matter during
17 such period of unavailability of counsel.

18     On April 25, 2008 in an open Court proceeding, the Court's comment to a Notice of
19 Unavailability of Counsel of this type was that the Court did expect that such a Notice of
20 Availability would be received and treated by opposing counsel with professional courtesy and
21 collegiality.

22

23 DATED: August 5, 2008            BUSINESS & TECHNOLOGY LAW GROUP

24

25                              By:    /s/ *Stephen N. Hollman*
                                    Stephen N. Hollman,
26                                     Attorneys for Defendant,
                                    Counterclaimant and
27                                     Third Party Plaintiff,
                                    PATRICIA CROWELL
28

Business & Technology Law Group                                  CASE NO. 07 05930 JSW
160 W. Santa Clara Street, Suite 1050                       NOTICE OF UNAVAILABILITY
San Jose, CA 95113                                                 FOR COUNSEL FOR DEFT,
                                                                               C-CLMNT & 3RD PARTY PLTFF.

Page 2