J. SCOTT GERIEN, State Bar No. 184728
MEGAN FERRIGAN HEALY, State Bar No. 229177
DICKENSON, PEATMAN & FOGARTY
809 Coombs Street
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876
Attorneys for Plaintiff, Counterdefendant, and Third Party Defendant
WINE SCOUT INTERNATIONAL

STEPHEN N. HOLLMAN, State Bar No. 55219
Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA 95113
Telephone: (408) 282-1949
Facsimile: (408) 275-9930
Attorneys for Defendant, Counterclaimant, and Third Party Plaintiff
PATRICIA CROWELL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wine Scout International,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Patricia Crowell,<br><br>　　　　Defendant.<br><br>Patricia Crowell, an individual<br><br>　　　　Counterclaimaint,<br><br>　vs.<br><br>Wine Scout International, a California corporation,<br><br>　　　　Counterdefendant.<br><br>Patricia Crowell, an individual<br><br>　　　　Third Party Plaintiff,<br><br>　vs.<br><br>Mark Steven Pope, aka Mark S. Pope and aka Mark Pope, individually and as he does business under the trade name and style of Bounty Hunter, Bounty Hunter Rare Wine, and/or Bounty Hunter Rare Wine and Provisions,<br><br>　　　　Third Party Defendant. | CASE NO. C 07 05930 JSW<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR COMPLETING ALTERNATIVE DISPUTE RESOLUTION; [PROPOSED] ORDER** |

JOINT STIPULATION TO EXTEND DEADLINE FOR COMPLETING ALTERNATIVE DISPUTE RESOLUTION; [PROPOSED] ORDER　　　1　　　CASE NO. C 07 05930 JSW

1  IT IS HEREBY STIPULATED AND AGREED by and among the parties, acting through their undersigned counsel, that they hereby request that Court to extend the deadline for the parties' completion of the hybrid ENE/Mediation process, as set forth in the Court's June 3, 2008 Order (ECF No. 38), from August 8, 2008 to August 18, 2008.

On July 29, 2008, the parties and their counsel spent approximately eleven hours with the neutral from the Court's ADR Program Office participating in the hybrid ENE/Mediation process and that day ended with signed outline letter of understanding that contemplated a formal agreement among the parties. The following Stipulation and request to the Court is based upon the parties' need for additional time to complete the contemplated formal agreement emanating from the hybrid ENE/Mediation process, and such Stipulation and request is made with the knowledge and recommendation of the ADR neutral, Beth H. Parker, to accommodate the unavailability of the principal of plaintiff and counterdefendant, the unavailability of the third party defendant, and the unavailability of counsel for defendant, counterclaimant, and third party plaintiff until August 11, 2008.

The parties have conferred with the ADR neutral assigned to conduct the hybrid ENE/Mediation process, and she has indicated that she recommends this extension of time.

The requested extension for the completion date of the hybrid ENE/Mediation process will not affect any other of the dates set forth in the Court's Minute Order dated April 25, 2008 (ECF No. 26).

Accordingly the parties respectfully request that the Court grant an extension for completion of the hybrid ENE/Mediation process from August 8, 2008 to August 18, 2008.

//
//
//
//
//
//

JOINT STIPULATION TO EXTEND DEADLINE FOR COMPLETING ALTERNATIVE DISPUTE RESOLUTION; [PROPOSED] ORDER     2     CASE NO. C 07 05930 JSW

1                          Respectfully submitted,

2  Date: _____      DICKENSON, PEATMAN & FOGARTY

3                         By    */s/ J. Scott Gerien*_____

4                             J. Scott Gerien
                              Megan Ferrigan Healy

5                             809 Coombs Street
                            Napa, California 94559
6                             Telephone: 707-252-7122
                            Facsimile: 707-255-6876
7

8                             Attorneys for Plaintiff, Counterdefendant, and Third Party Defendant

9

10  Date: _____      BUSINESS & TECHNOLOGY LAW GROUP

11                         By _____
                           Stephen N. Hollman
12

13                         160 W. Santa Clara Street, Suite 1050
                        San Jose, CA 95113
14                         Telephone: 408-282-1949
                        Facsimile: 408-275-9930

15                         Attorneys for Defendant, Counterclaimant, and Third Party Plaintiff

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO EXTEND DEADLINE FOR    3         CASE NO. C 07 05930 JSW
COMPLETING ALTERNATIVE DISPUTE
RESOLUTION; [PROPOSED] ORDER

# [PROPOSED] ORDER

After consideration of the foregoing Stipulation, IT IS HEREBY ORDERED that the hybrid ENE/Mediation process is to be completed by August 18, 2008.

Dated: _____    _____
                                   Honorable Jeffrey S. White
                                   United State District Court Judge