| | |
|---|---|
| J. SCOTT GERIEN, State Bar No. 184728<br>MEGAN FERRIGAN HEALY, State Bar No. 229177<br>DICKENSON, PEATMAN & FOGARTY<br>809 Coombs Street<br>Napa, California 94559<br>Telephone: (707) 252-7122<br>Facsimile: (707) 255-6876<br>Attorneys for Plaintiff, Counterdefendant, and Third Party Defendant<br>WINE SCOUT INTERNATIONAL | STEPHEN N. HOLLMAN, State Bar No. 55219<br>Business & Technology Law Group<br>160 W. Santa Clara Street, Suite 1050<br>San Jose, CA  95113<br>Telephone: (408) 282-1949<br>Facsimile: (408) 275-9930<br>Attorneys for Defendant, Counterclaimant, and Third Party Plaintiff<br>PATRICIA CROWELL |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wine Scout International,<br>       Plaintiff,<br>  vs.<br>Patricia Crowell,<br>       Defendant.<br><br>Patricia Crowell, an individual<br>       Counterclaimaint,<br>  vs.<br>Wine Scout International, a California corporation,<br>       Counterdefendant.<br><br>Patricia Crowell, an individual<br>       Third Party Plaintiff,<br>  vs.<br>Mark Steven Pope, aka Mark S. Pope and aka Mark Pope, individually and as he does business under the trade name and style of Bounty Hunter, Bounty Hunter Rare Wine, and/or Bounty Hunter Rare Wine and Provisions,<br>       Third Party Defendant. | CASE NO. C 07 05930 JSW<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR COMPLETING ALTERNATIVE DISPUTE RESOLUTION; [**~~PROPOSED~~**] ORDER** |

1  IT IS HEREBY STIPULATED AND AGREED by and among the parties, acting through their undersigned counsel, that they hereby request that Court to extend the deadline for the parties' completion of the hybrid ENE/Mediation process, as set forth in the Court's June 3, 2008 Order (ECF No. 38), from August 8, 2008 to August 18, 2008.

On July 29, 2008, the parties and their counsel spent approximately eleven hours with the neutral from the Court's ADR Program Office participating in the hybrid ENE/Mediation process and that day ended with signed outline letter of understanding that contemplated a formal agreement among the parties. The following Stipulation and request to the Court is based upon the parties' need for additional time to complete the contemplated formal agreement emanating from the hybrid ENE/Mediation process, and such Stipulation and request is made with the knowledge and recommendation of the ADR neutral, Beth H. Parker, to accommodate the unavailability of the principal of plaintiff and counterdefendant, the unavailability of the third party defendant, and the unavailability of counsel for defendant, counterclaimant, and third party plaintiff until August 11, 2008.

The parties have conferred with the ADR neutral assigned to conduct the hybrid ENE/Mediation process, and she has indicated that she recommends this extension of time.

The requested extension for the completion date of the hybrid ENE/Mediation process will not affect any other of the dates set forth in the Court's Minute Order dated April 25, 2008 (ECF No. 26).

Accordingly the parties respectfully request that the Court grant an extension for completion of the hybrid ENE/Mediation process from August 8, 2008 to August 18, 2008.

//
//
//
//
//
//

JOINT STIPULATION TO EXTEND DEADLINE FOR COMPLETING ALTERNATIVE DISPUTE RESOLUTION; [PROPOSED] ORDER     2     CASE NO. C 07 05930 JSW

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2  Date: _____ | DICKENSON, PEATMAN & FOGARTY |
| 3 | By   /s/ *J. Scott Gerien* |
| 4 | J. Scott Gerien<br>Megan Ferrigan Healy |
| 5 | 809 Coombs Street |
| 6 | Napa, California  94559<br>Telephone: 707-252-7122<br>Facsimile: 707-255-6876 |
| 7 |   |
| 8 | Attorneys for Plaintiff, Counterdefendant, and Third Party Defendant |
| 9 |   |
| 10  Date: _____ | BUSINESS & TECHNOLOGY LAW GROUP |
| 11 | By _____ |
| 12 | Stephen N. Hollman |
| 13 | 160 W. Santa Clara Street, Suite 1050<br>San Jose, CA  95113<br>Telephone: 408-282-1949 |
| 14 | Facsimile: 408-275-9930 |
| 15 | Attorneys for Defendant, Counterclaimant, and Third Party Plaintiff |

JOINT STIPULATION TO EXTEND DEADLINE FOR COMPLETING ALTERNATIVE DISPUTE RESOLUTION; [PROPOSED] ORDER

3

CASE NO. C 07 05930 JSW

## [PROPOSED] ORDER

After consideration of the foregoing Stipulation, IT IS HEREBY ORDERED that the hybrid ENE/Mediation process is to be completed by August 18, 2008.

Dated:  August 6, 2008                    _____
                                          Honorable Jeffrey S. White
                                          United States District Court Judge