**FILED**
AUG 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| Wine Scout International, | No. C 07-05930 JSW ENE/MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Crowell, | |
| Defendant(s). | |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __July 28, 2008__

2. Did the case settle?   ☐ fully   ☒ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☐ another session scheduled for (date) _____
   ☒ phone discussions expected by (date) __ongoing__
   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☐ YES   ☒ NO

Dated: __8/18/08__

Beth H. Parker
~~Bingham McCutchen LLP~~ Arnold & Porter
~~3 Embarcadero Center, 24th FL.~~
San Francisco, CA ~~94111~~ 94105

**Certification of ADR Session**
07-05930 JSW ENE/MED