| | |
|---|---|
| J. SCOTT GERIEN, State Bar No. 184728<br>MEGAN FERRIGAN HEALY, State Bar No. 229177<br>DICKENSON, PEATMAN & FOGARTY<br>809 Coombs Street<br>Napa, California 94559<br>Telephone: (707) 252-7122<br>Facsimile: (707) 255-6876<br>Attorneys for Plaintiff, Counterdefendant, WINE SCOUT INTERNATIONAL and Third Party Defendant MARK POPE | STEPHEN N. HOLLMAN, State Bar No. 55219<br>Business & Technology Law Group<br>160 W. Santa Clara Street, Suite 1050<br>San Jose, CA  95113<br>Telephone: (408) 282-1949<br>Facsimile: (408) 275-9930<br>Attorneys for Defendant, Counterclaimant, and Third Party Plaintiff<br>PATRICIA CROWELL |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wine Scout International,<br>        Plaintiff,<br>   vs.<br>Patricia Crowell,<br>        Defendant.<br><br>Patricia Crowell, an individual<br>        Counterclaimaint,<br>   vs.<br>Wine Scout International, a California corporation,<br>        Counterdefendant.<br><br>Patricia Crowell, an individual<br>        Third Party Plaintiff,<br>   vs.<br>Mark Steven Pope, aka Mark S. Pope and aka Mark Pope, individually and as he does business under the trade name and style of Bounty Hunter, Bounty Hunter Rare Wine, and/or Bounty Hunter Rare Wine and Provisions,<br>        Third Party Defendant. | CASE NO. C 07 05930 JSW<br><br>**JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

1  IT IS HEREBY STIPULATED AND AGREED by and among the parties, acting
2  through their undersigned counsel, that the Case Management Conference be rescheduled
3  and the parties request that the court move the Case Management Conference from its current
4  date of August 29, 2008 at 1:30 p.m. to September 12, 2008 at 1:30 p.m.
5  The foregoing Stipulation and request to the Court is based upon the parties' need for
6  additional time to have the finalized settlement agreement executed by the parties and to file
7  the dismissal of the action.
8  Accordingly the parties respectfully request that the Court reschedule the Case
9  Management Conference as requested.

10  Respectfully submitted,

11  Date: ___8/22/08_____          DICKENSON, PEATMAN & FOGARTY

12  By _____/s/ J. Scott Gerien_____
     J. Scott Gerien
13   Megan Ferrigan Healy

14   809 Coombs Street
     Napa, California  94559
15   Telephone: 707-252-7122
     Facsimile: 707-255-6876
16
     Attorneys for Plaintiff, Counterdefendant, and
17   Third Party Defendant

18

19  Date: ___8/22/08_____          BUSINESS & TECHNOLOGY LAW GROUP

20  By _____/s/ Stephen N. Hollman_____
    Stephen N. Hollman
21
     160 W. Santa Clara Street, Suite 1050
22   San Jose, CA  95113
     Telephone: 408-282-1949
23   Facsimile: 408-275-9930

24   Attorneys for Defendant, Counterclaimant, and
     Third Party Plaintiff

25

26

**[PROPOSED] ORDER**

After consideration of the foregoing Stipulation, IT IS HEREBY ORDERED that the Case Management Conference be rescheduled from its current date of August 29, 2008 at 1:30 p.m. to September 12, 2008 at 1:30 p.m.

Dated: _____      _____
                                    Honorable Jeffrey S. White
                                    United State District Court Judge