J. SCOTT GERIEN, State Bar No. 184728
MEGAN FERRIGAN HEALY, State Bar No. 229177
DICKENSON, PEATMAN & FOGARTY
809 Coombs Street
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876
Attorneys for Plaintiff, Counterdefendant, WINE SCOUT
INTERNATIONAL and Third Party Defendant
MARK POPE

STEPHEN N. HOLLMAN, State Bar No. 55219
Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA 95113
Telephone: (408) 282-1949
Facsimile: (408) 275-9930
Attorneys for Defendant, Counterclaimant, and Third
Party Plaintiff
PATRICIA CROWELL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Wine Scout International,<br><br>Plaintiff,<br><br>vs.<br><br>Patricia Crowell,<br><br>Defendant. | CASE NO. C 07 05930 JSW<br><br>**JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE; ~~[PROPOSED]~~ ORDER** |
| Patricia Crowell, an individual<br><br>Counterclaimaint,<br><br>vs.<br><br>Wine Scout International, a California corporation,<br><br>Counterdefendant. |  |
| Patricia Crowell, an individual<br><br>Third Party Plaintiff,<br><br>vs.<br><br>Mark Steven Pope, aka Mark S. Pope and aka Mark Pope, individually and as he does business under the trade name and style of Bounty Hunter, Bounty Hunter Rare Wine, and/or Bounty Hunter Rare Wine and Provisions,<br><br>Third Party Defendant. |  |

1    IT IS HEREBY STIPULATED AND AGREED by and among the parties, acting

2    through their undersigned counsel, that the Case Management Conference be rescheduled

3    and the parties request that the court move the Case Management Conference from its current

4    date of August 29, 2008 at 1:30 p.m. to September 12, 2008 at 1:30 p.m.

5    The foregoing Stipulation and request to the Court is based upon the parties' need for

6    additional time to have the finalized settlement agreement executed by the parties and to file

7    the dismissal of the action.

8    Accordingly the parties respectfully request that the Court reschedule the Case

9    Management Conference as requested.

10    Respectfully submitted,

11    Date: ____8/22/08_____    DICKENSON, PEATMAN & FOGARTY

12    By _____/s/ *J. Scott Gerien*_____
           J. Scott Gerien
13         Megan Ferrigan Healy

14         809 Coombs Street
           Napa, California  94559
15         Telephone: 707-252-7122
           Facsimile: 707-255-6876
16
           Attorneys for Plaintiff, Counterdefendant, and
17         Third Party Defendant

18

19    Date: ____8/22/08_____    BUSINESS & TECHNOLOGY LAW GROUP

20    By _____/s/ *Stephen N. Hollman*_____
           Stephen N. Hollman
21
           160 W. Santa Clara Street, Suite 1050
22         San Jose, CA  95113
           Telephone: 408-282-1949
23         Facsimile: 408-275-9930

24         Attorneys for Defendant, Counterclaimant, and
           Third Party Plaintiff

25

26

1

**[PROPOSED] ORDER**

2

      After consideration of the foregoing Stipulation, IT IS HEREBY ORDERED that the

3

Case Management Conference be rescheduled from its current date of August 29, 2008 at

4

1:30 p.m. to September 12, 2008 at 1:30 p.m.

5

6

Dated: __August 25, 2008_____ ___      _____

7

                Honorable Jeffrey S. White

8

                United State District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26