| | |
|---|---|
| J. SCOTT GERIEN, ESQ., Bar No. 184728 | STEPHEN N. HOLLMAN, ESQ., Bar No. 55219 |
| Dickenson, Peatman & Fogarty | Business & Technology Law Group |
| 809 Coombs Street | 160 W. Santa Clara Street, Suite 1050 |
| Napa, CA 94559 | San Jose, CA 95113 |
| Telephone: (707) 252-7122 | Telephone: (408) 282-1949 |
| Facsimile: (707) 255-6876 | Facsimile: (408) 275-9930 |
| Attorneys for Plaintiff, | Attorneys for Defendant, |
| Counterdefendant, and | Counterclaimant, and |
| Third Party Defendant | Third Party Plaintiff |

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINE SCOUT INTERNATIONAL, | **CASE NO. C 07 05930 JSW** |
| Plaintiff, | |
| vs. | **JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS THE CASE WITH PREJUDICE** |
| PATRICIA CROWELL, | |
| Defendant. | **[Electronic digital signatures permitted]** |
| PATRICIA CROWELL, an individual | |
| Counterclaimant, | |
| vs. | |
| WINE SCOUT INTERNATIONAL, a California corporation, | |
| Counterdefendant. | |
| PATRICIA CROWELL, an individual | |
| Third Party Plaintiff, | |
| vs. | |
| MARK STEVEN POPE, aka Mark S. Pope and aka Mark Pope, individually and as he does business under the trade name and style of Bounty Hunter, Bounty Hunter Rare Wine, and/or Bounty Hunter Rare Wine and Provisions, | |
| Third Party Defendant. | |

CASE NO. 07 05930 JSW
JOINT STIPULATION RE DISMISSAL
WITH PREJUDICE AND
[PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED by and among the parties, acting through their undersigned counsel, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties jointly stipulate as follows:

1. The parties have reached a settlement following a hybrid ADR process.

2. This matter is dismissed with prejudice, each party to bear its own costs.

3. The Court will expressly retain complete jurisdiction to reopen this action for the purpose of enforcing performance of the terms of the settlement reached by the parties with each party consenting to the *in personam* jurisdiction of this Court for said purposes.

DATED: September 2, 2008           DICKENSON, PEATMAN & FOGARTY

                                   By:    /s/ *J. Scott Gerien*
                                          J. Scott Gerien,
                                          Attorneys for Plaintiff,
                                          Counterdefendant, and
                                          Third Party Defendant

DATED: September 2, 2008           BUSINESS & TECHNOLOGY LAW GROUP

                                   By:    /s/ *Stephen N. Hollman*
                                          Stephen N. Hollman,
                                          Attorneys for Defendant,
                                          Counterclaimant, and
                                          Third Party Plaintiff,

### [PROPOSED] ORDER

After consideration of the foregoing Stipulation, IT IS HEREBY ORDERED that this action is dismissed with prejudice, each party to bear its own costs, and the Court will expressly retain complete jurisdiction to reopen this action for the purpose of enforcing performance of the terms of the settlement reached by the parties with each party consenting to the *in personam* jurisdiction of this Court for said purposes.

DATED:    September ___, 2008      _____
                                   Hon. Jeffrey S. White
                                   United States District Court Judge

CASE NO. 07 05930 JSW
JOINT STIPULATION RE DISMISSAL
WITH PREJUDICE AND
[PROPOSED] ORDER